No. 11-6090. Michael Anthony Evans, Petitioner v. Adrienne Hernandez, et al.

565 U.S. 984, 132 S. Ct. 510, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7808.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

No. 11-6091. Manuel Perez, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7838.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6098. Kenneth Ray Bivert, Petitioner v. California.

565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7871.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 52 Cal. 4th 96, 127 Cal. Rptr. 3d 261, 254 P.3d 300.

No. 11-6101. Gil Jones, Petitioner v. Maryland State's Attorney Office.

565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7869.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 262.

No. 11-6102. Jonathan Lewis, Petitioner v. Florida, et al.

565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7852.

October 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 58 So. 3d 264.

No. 11-6104. Nikiforos Kalfountzos, Petitioner v. City of Sacramento, California, et al.

565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7768,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6107. Judith Tompson, Petitioner v. Massachusetts Department of Mental Health.

565 U.S. 984, 132 S. Ct. 512, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7781,

October 31, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 76 Mass. App. 586, 924 N.E.2d 747.

No. 11-6108. Robert Juarbe, Petitioner v. Burl Cain, Warden.

565 U.S. 984, 132 S. Ct. 512, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7767.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.